IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| MOLLIE PAIGE EDWARDS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:12CV988 |
| | ) | |
| WESTERN PRODUCTS, LLC, | ) | |
| HOMECREST OUTDOOR, | ) | |
| TODD WINGRAVE, MARK FILLHOUR, | ) | |
| MICHAEL BULLINGER, TRELA HENDRIX, | ) | |
| TONI SANDIN, SANDIN LAWFIRM, | ) | |
| and EEOC, | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

BEATY, District Judge.

This matter is before the Court on a Recommendation of the United States Magistrate Judge recommending that this action be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 4(m). The Recommendation was filed on July 2, 2013, and notice was served on the parties pursuant to 28 U.S.C. § 636(b). No objections were filed within the time limits prescribed by § 636. In the absence of objections, this Court reviews the Recommendation only for clear error. See Diamond v. Colonial Life & Accident Ins. Co., 416 F.3d 310, 315 (4th Cir. 2005); Fed. R. Civ. P. 72 advisory committee's note. The Court has appropriately reviewed the Recommendation. Having done so, the Court finds that no clear error exists and the Recommendation should be adopted. The Magistrate Judge's Recommendation [Doc. #13] is therefore affirmed and adopted for the reasons set forth therein.

IT IS THEREFORE ORDERED that this action is DISMISSED WITHOUT PREJUDICE for failure to comply with the Court's prior Order and the corresponding failure

to effect service of process pursuant to Federal Rule of Civil Procedure 4(m). A Judgment will be entered contemporaneously herewith.

This, the 12th day of August, 2013

/s/ James A. Beaty
United States District Judge